THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

# THE BANK OF NEW YORK MELLON
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

**VOID AFTER 90 DAYS**

**108**

60-249 / 433

| Case | Debtor |
|------|--------|
| 10-50173 RKR | BURNER, LARRY J |
| 92005340705166 | BURNER, SHIRLEY H |
| COMBINED SMALL CHECK | |

TID #660070
CHARLES R. ALLEN
120 CHURCH AVE, S.W.
SUITE 200
ROANOKE VA 24011

**Date** 02/22/2011 **$** \*\*\*\*\*\*\*\*\*\*2.85

~~~*Two Dollars and 85/100*

Pay to the
Order of   U.S. Bankruptcy Court

CHARLES R. ALLEN, Trustee

⑈000000108⑈ ⑈043302493⑈ 92005340705166⑈

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

---

IN RE:    **BURNER, LARRY J.**               **CASE NO. 10-50173**
          **BURNER, SHIRLEY H.**             **CHAPTER 7**


          Debtors.

---

### TRANSMITTAL OF SMALL DIVIDENDS

Comes now the undersigned Trustee and reports as follows:

1.  Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the Court is prohibited by Bankruptcy Rule 3010, unless authorized by the Court. No such order has been entered by the Court.

2.  The Trustee is providing below the name, address, and amount due that creditors to whom distribution of less than five dollars would have been made if ordered by the Court.

> Innovative Merchant Solutions (*Claim No. 3*)
> 21215 Burbank Blvd Suite 100
> Woodland Hills, CA 91367
> Distribution Amount Due: $2.85

3.  That the Trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than five dollars is attached with the request that such funds be deposited in the U.S. Treasury.

Date:  February 22, 2011

                                        Charles R. Allen, Jr., Trustee
                                        120 Church Avenue, S.W.
                                        Roanoke, VA 24011
                                        540-342-1731
                                        540-342-9919 fax